NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAWSHEEN DUFFAYDAR,<br><br>    Plaintiff,<br><br>    v.<br><br>SONDER HOLDINGS INC., et. al,<br><br>    Defendants. | Case No. 2:24-cv-02952-ODW-JC<br><br>**ORDER EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>II |

Pursuant to the foregoing stipulation, and good cause appearing, IT IS HEREBY ORDERED THAT:

1.     Within fourteen (14) calendar days after entry of an order appointing lead plaintiff and approving lead counsel, lead counsel and counsel for Defendants shall jointly submit to the Court a proposed schedule for: (i) the filing or designation of an operative complaint; and (ii) briefing on any response to or motion to dismiss the operative complaint. Defendants shall have no obligation to move, answer, or otherwise respond to any complaint until the date ordered by the Court after it receives the proposed schedule; and

2. Nothing herein shall be deemed to constitute a waiver of any rights, defenses or objections any party may have with respect to the claims in this action, except as to the sufficiency of service of process on the Defendants, and shall not be deemed to impair or prejudice any party's ability to seek further relief from the Court.

**IT IS SO ORDERED.**

DATED: May 28, 2024

_____
Hon. Otis D. Wright, II
United States District Judge