# EXHIBIT 3

**Sonder Holdings Loss Chart**
**Class Period: March 16, 2023 through March 15, 2024**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|------|------|------|------|------|------|------|------|------|------|------|------|------|
| Michael Paleski | 10/13/2023 | 100 | ($7.29) | ($729.00) | | | | | | | | $3.79 |
| | 10/27/2023 | 300 | ($7.56) | ($2,268.00) | | | | | | | | |
| | 11/16/2023 | 1,000 | ($6.87) | ($6,870.00) | | | | | | | | |
| | | 1,400 | | ($9,867.00) | | | | | 1,400 | $5,300.30 | ($4,566.70) | |