# EXHIBIT C

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.      I, Ashley Walker, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      I have reviewed a Complaint against Sonder Holdings Inc. ("Sonder Holdings") and authorize the filing of a comparable complaint on my behalf.

3.      I did not purchase or acquire Sonder Holdings securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      I am willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired Sonder Holdings securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      The attached sheet lists all of my transactions in Sonder Holdings securities during the Class Period as specified in the Complaint.

6.      During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.      I agree not to accept any payment for serving as a representative party on behalf of the Class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.      I declare under penalty of perjury under the laws of the United States of America

DocuSign Envelope ID: 815DC38A-6A06-4983-85E7-D2F1F68AC234

that the foregoing is true and correct.

Executed  June 6, 2024
_____
**(Date)**

DocuSigned by:

6096845D2A70418...
_____
**(Signature)**

Ashley Walker_____
**(Type or Print Name)**

**Sonder Holdings Inc. (SOND)**                                                                                      **Ashley Walker**

### List of Purchases/Acquisitions and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase/Acquisition | 6/7/2023 | 21,877 | $0.7350 |
| Purchase/Acquisition | 6/12/2023 | 3,644 | $0.6751 |
| Purchase/Acquisition | 6/12/2023 | 5,465 | $0.6770 |