POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Movant Ashley Walker and*
*Proposed Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAWSHEEN DUFFAYDAR, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>SONDER HOLDINGS INC., FRANCIS DAVIDSON, CHRIS BERRY, and DOMINIQUE BOURGAULT,<br><br>        Defendants. | Case No. 2:24-cv-02952-ODW-JC<br><br>**DECLARATION OF JENNIFER PAFITI: (1) IN FURTHER SUPPORT OF MOTION OF ASHLEY WALKER FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL; AND (2) IN OPPOSITION TO COMPETING MOTIONS**<br><br>DATE:  July 8, 2024<br>TIME:  1:30 p.m.<br>JUDGE:  Otis D. Wright, II<br>CTRM:  5D |

DECLARATION - 2:24-cv-02952-ODW-JC; 2:24-cv-04798-WLH-BFM

TAD PARK, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

SONDER HOLDINGS INC., FRANCIS DAVIDSON, SANJAY BANKER, CHRIS BERRY and DOMINIQUE BOURGAULT,

Defendants.

Case No. 2:24-cv-04798-WLH-BFM

I, Jennifer Pafiti, hereby declare as follows:

1.     I am a Partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Ashley Walker ("Walker"), and have personal knowledge of the facts set forth herein.  I make this Declaration: (i) in further support of Walker's motion for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Lead Plaintiff for the Class, and approval of his selection of Pomerantz as Lead Counsel for the Class (Dkt. No. 28); and (ii) in opposition to competing motions.

2.     Attached hereto as the exhibits indicated are true and correct copies of the following:

> Exhibit A:  Press release published via *Business Wire* on June 7, 2024, announcing the pendency of the second-filed of the Related Actions;
>
> Exhibit B:  Excerpt of LinkedIn profile of Tad Park ("Park"); and
>
> Exhibit C:  Excerpt of analysis submitted by Park (Dkt. No. 22-3), annotated by counsel for Walker, and setting forth Park's financial interest under the class period alleged in the first-filed of the Related Actions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on June 17, 2024.

> /s/ Jennifer Pafiti
> Jennifer Pafiti

CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti