# EXHIBIT B



## Tad Park ✓ · 3rd

Software Services, Design and Tech enablement

-  BoxedFlows
- **B** University of California, Berkeley

San Francisco, California, United States · **Contact info**

500+ connections

Message       ( **+ Follow** )       ( More )

**Connect if you know each other**      ( ⋅+ Connect )

## About

Growth investor

## Activity

1,677 followers

Tad Park commented on a post · 6mo

Woohoo Brennan!! You've always had an amazing product sense of knowing what is most important to build.

Tad Park commented on a post · 1yr

Wow this is awesome. Tesla is lucky to have you!

Show all comments →

## Experience

**CEO and Founder**
BoxedFlows · Full-time
Jan 2023 - Present   1 yr 6 mos
San Francisco, California, United States · Hybrid

- Chief software architect at boxedstack.com
- Helping high growth startups scale their engineering teams wit ...see more

**Owner**
Volt Equity · Full-time
Jul 2020 - Present   4 yrs

- Portfolio manager of $VCAR, focused on disruptive investments in the Autonomous Driving space...                    ...see more



### Senior Software Engineer
Sonder Inc.
Jul 2017 - Mar 2020 · 2 yrs 9 mos
San Francisco

Develop features in React.js, Ruby on Rails 5+ and other technologies to help grow a fast growing startup. I was the first Senior Software I …see more



### Senior Ruby Developer / Team Lead
Globant
Feb 2015 - Jul 2017 · 2 yrs 6 mos
San Francisco, CA

I develop robust, well tested software solutions.
Some of the technology I use on this project includes Ember CLI and Ruby…



### Rails Developer
Webpass Inc. / Google Fiber
Mar 2014 - Feb 2015 · 1 yr
San Francisco, CA

I worked as part of the software development team to test and develop robust software that was critical to the core business....

Show all 6 experiences →

## Education



### University of California, Berkeley
2004 - 2007

## Skills

### Ruby on Rails

Endorsed by Andrew Hao who is highly skilled at this

Endorsed by 4 colleagues at Sonder Inc.

18 endorsements

### React.js

Endorsed by 2 colleagues at Sonder Inc.

2 endorsements

Show all 30 skills →

## Recommendations

**Received**    Given

### Trevor Polischuk  3rd
Senior Web Developer at the Komen Foundation
July 12, 2017, Trevor worked with Tad but on different teams

Tad is a great engineer. He's easy to work with, a clear communicator, and a great programmer. He would be a great addition to any team. Would work with again!

### Marc Cyr  3rd
Engineering leader @ Palo Alto Networks and Angel investor
February 16, 2015, Marc was senior to Tad but didn't manage Tad directly