**WILMER CUTLER PICKERING**
  **HALE AND DORR LLP**
SUSAN S. MUCK (SBN 126930)
  Susan.Muck@wilmerhale.com
KEVIN P. MUCK (SBN 120918)
  Kevin.Muck@wilmerhale.com
WILLIAM Z. BRENC (SBN 318544)
  William.Brenc@wilmerhale.com
50 California Street, Suite 3600
San Francisco, California 94111
Telephone: (628) 235-1000

**WILMER CUTLER PICKERING**
  **HALE AND DORR LLP**
JESSICA LEWIS (SBN 302467)
  Jessica.Lewis@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| TAD PARK, Individually and on behalf all others similarly situated,<br><br>　　Plaintiff,<br><br>　　v.<br><br>SONDER HOLDINGS INC., FRANCIS DAVIDSON, SANJAY BANKER, CHRIS BERRY, and DOMINIQUE BOURGAULT,<br><br>　　Defendants. | Case No. 2:24-cv-02952-SB (JCx)<br>[c/w: 2:24-cv-04798-MWF (JCx)]<br><br>**NOTICE OF RELATED CASES**<br>**[CIVIL L.R. 83-1.3.1]** |

|   |   |
|---|---|
| 1 | Pursuant to Local Rule 83-1.3.1, Defendants Sonder Holdings, Inc. ("Sonder"), Francis Davidson, Chris Berry, Sanjay Banker, and Dominique Bourgault (together, "Defendants") hereby give notice that this action (the "*Park* Action"), which was transferred to Your Honor on June 4, 2025, was previously consolidated with another putative securities class action, *Duffaydar v. Sonder Holdings Inc., et al.*, Case No. 2:24-cv-02952-SB (JCx) (C.D. Cal.) (the "*Duffaydar* Action"), on October 9, 2024 (together with this action, the "Securities Class Action"). *See* Dkt. 40. Following consolidation on October 9, 2024, all filings in the Securities Class Action have been on the docket for the *Duffaydar* Action. The *Duffaydar* Action was transferred to The Honorable Stanley Blumenfeld Jr. on June 4, 2025. Defendants believe judicial economy would be served if this case were heard before Judge Blumenfeld Jr.. |

Pursuant to Local Rule 83-1.3.1, Defendants Sonder Holdings, Inc. ("Sonder"), Francis Davidson, Chris Berry, Sanjay Banker, and Dominique Bourgault (together, "Defendants") hereby give notice that this action (the "*Park* Action"), which was transferred to Your Honor on June 4, 2025, was previously consolidated with another putative securities class action, *Duffaydar v. Sonder Holdings Inc., et al.*, Case No. 2:24-cv-02952-SB (JCx) (C.D. Cal.) (the "*Duffaydar* Action"), on October 9, 2024 (together with this action, the "Securities Class Action"). *See* Dkt. 40. Following consolidation on October 9, 2024, all filings in the Securities Class Action have been on the docket for the *Duffaydar* Action. The *Duffaydar* Action was transferred to The Honorable Stanley Blumenfeld Jr. on June 4, 2025. Defendants believe judicial economy would be served if this case were heard before Judge Blumenfeld Jr..

Additionally, the *Duffaydar* Action has previously been determined to be related to *Versen v. Davidson, et al.*, Case No. 2:25-cv-00761-MEMF (JCx) (the "*Versen* Action"), which was filed on January 28, 2025; *Akcayli v. Davidson, et al.*, Case No. 2:25-cv-02060-AB (JCx) (the "*Akcayli* Action"), which was filed on March 7, 2025; and *Hunter v. Aggarwal, et al.*, Case No. 2:25-cv-02352-ODW (JCx) (the "*Hunter* Action"), which was filed on March 17, 2025 (collectively, the "Derivative Actions").

Prior to June 4, 2025, the Securities Class Action and Derivative Actions were all pending before The Honorable Otis D. Wright, II. On June 4, 2025, Judge Wright first recused himself from the *Duffaydar* Action, which has been re-assigned to the Honorable Stanley Blumenfeld Jr.. Next, Judge Wright recused himself from the

this action, the *Versen* Action, and the *Akcayli* Action, and each of these cases was reassigned to a different judge.[1]

Under this Court's Local Rules, cases are related: "(a) [if they] arise from the same or closely related transaction, happening, or event; (b) [if they] call for determination of the same or substantially related or similar questions of law and fact; or (c) for other reasons that would entail substantial duplication of labor if heard by different judges." L.R. 83-1.3.1. The Securities Class Action and the Derivative Actions satisfy each of these criteria, as previously determined. *See Duffaydar* Action Dkt. 40; *Versen* Action, Dkt. 21; *Akcayli* Action, Dkt. 10; *Hunter* Action, Dkt. 14.

The Derivative Actions are all shareholder derivative actions purportedly brought on behalf of Sonder. The Securities Class Action and Derivative Actions are based on the same underlying events – the same alleged misstatements in Sonder's SEC filings in fiscal years 2022 and 2023 relating to its accounting of lease provisions – and assert nearly identical causes of action. All of the Defendants in the Securities Class Action are also named in the Derivative Actions.

Accordingly, Defendants submit that the Securities Class Action and the Derivative Actions continue to be related for the purposes of Local Rule 83-1.3.1, and judicial economy would be served if each case was heard before Judge Blumenfeld Jr.

---

[1] The *Park* Action was reassigned to Your Honor. The *Versen* Action was reassigned to The Honorable Maame Ewusi-Mensah Frimpong. The *Akcayli* Action was reassigned to The Honorable Andre Birotte Jr.

| | | |
|---|---|---|
| 1 | DATED: June 5, 2025 | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| 2 | | |
| 3 | | By: /s/ Jessica Lewis |
| 4 | | Jessica Lewis |
| 5 | | *Attorneys for Defendants Sonder Holdings Inc., Francis Davidson, Sanjay Banker, Chris Berry, and Dominique Bourgault* |