Robert V. Prongay (SBN 270796)
  rprongay@glancylaw.com
Charles Linehan (SBN 307439)
  clinehan@glancylaw.com
Ex Kano S. Sams, II (SBN 192936)
  esams@glancylaw.com
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Attorneys for Lead Plaintiff Tad Park*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAWSHEEN DUFFAYDAR, Individually and on behalf all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>SONDER HOLDINGS INC., FRANCIS DAVIDSON, CHRIS BERRY, and DOMINIQUE BOURGAULT,<br><br>　　Defendants. | Case No. 2:24-cv-02952-SB (JCx)<br>[c/w: 2:24-cv-04798-MWF (JCx)]<br><br>**STIPULATION REGARDING DISMISSAL** |

| | |
|---|---|
| 1 | Lead Plaintiff Tad Park ("Lead Plaintiff") and Defendants Sonder Holdings Inc., Francis Davidson Chris Berry, and Dominique Bourgault ("Defendants" and, together with Lead Plaintiff, the "Parties"), through their respective counsel of record, hereby stipulate as follows: |

Lead Plaintiff Tad Park ("Lead Plaintiff") and Defendants Sonder Holdings Inc., Francis Davidson Chris Berry, and Dominique Bourgault ("Defendants" and, together with Lead Plaintiff, the "Parties"), through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on August 27, 2025, the Court entered an Order Granting Defendants' Motion to Dismiss the First Amended Complaint in this action ("Order" [Dkt. No. 61]);

WHEREAS, in the Order, the Court dismissed the First Amended Complaint, granted Lead Plaintiff leave to file a further amended complaint by September 8, 2025 and stated, among other things, that if a further amended complaint is not filed by that date, Lead Plaintiff's claims will be dismissed with prejudice;

WHEREAS, Lead Plaintiff has determined that he will not file an amended complaint;

WHEREAS, in light of the foregoing, the Parties agree that each of the Parties shall bear his or its own costs and attorneys' fees, that no party will assert or contend that any of the Parties or their respective counsel have at any time failed to comply with Rule 11 of the Federal Rules of Civil Procedure, that no party will seek to recover fees or costs from any of the other Parties, and that no party will file an appeal from the Order or from any other order entered in this action;

WHEREAS, neither Lead Plaintiff nor his counsel is receiving any payment or other consideration from Defendants, and the Parties have not entered into any agreement except as expressly set forth in this Stipulation.

**IT IS SO STIPULATED.**

DATED: September 8, 2025

**GLANCY PRONGAY & MURRAY LLP**

By: /s/ *Ex Kano S. Sams II*
Robert V. Prongay
Charles H. Linehan
Ex Kano S. Sams II
1925 Century Park East, Suite 2100

|   |   |
|---|---|
| 1 | Los Angeles, CA 90067 |
| 2 | Telephone: (310) 201-9150 |
|   | Facsimile: (310) 201-9160 |
| 3 | Email: info@glancylaw.com |
| 4 | *Attorney for Lead Plaintiff Tad Park* |

DATED: September 8, 2025        **WILMER CUTLER PICKERING HALE AND DORR LLP**

By: */s/ Jessica Lewis*
Jessica Lewis
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 600- 5186
Email: Jessica.Lewis@wilmerhale.com

*Attorney for Defendants*

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to the United States District Court for the Central District of California's Civil L.R. 5-4.3.4(a)(2)(i), Ex Kano S. Sams II attests that concurrence in the filing of this document has been obtained from Jessica Lewis, counsel for Defendants.

Dated: September 8, 2025        By:   */s/ Ex Kano S. Sams II*

Ex Kano S. Sams II

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On September 8, 2025, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 8, 2025, at Los Angeles, California.

                                            */s/ Ex Kano S. Sams II*
                                            Ex Kano S. Sams II